AO 187 (Rev. Locally 03/18) Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MINNESOTA

| | |
|---|---|
| Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy<br>v.<br>City of Saint Paul, Mikko Norman and Nathaniel Younce, in their official and individual capacities | **DEFENDANTS' EXHIBIT LIST**<br><br>Case Number:  20-CV-707 (DSD/ECW) |

| PRESIDING JUDGE<br>David S. Doty | PLAINTIFF'S ATTORNEY<br>Kevin O'Connor and Paul Bosman | DEFENDANT'S ATTORNEY<br>Anthony Edwards |
|---|---|---|
| TRIAL DATE (S)<br>July 25, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | D-1 | | | | Incident detail report (dispatch Log)03292017 |
| | D-2 | | | | 17055853-Incident Recall Sheet |
| | D-3 | | | | Final Autopsy Report |
| | D-4 | | | | Ramsey County ME Addendum Report10092017 |
| | D-5 | | | | Cell phone video (IMG_0031.mov) |
| | D-6 | | | | Video capture from DVR from community center |
| | D-7 | | | | 2017-203-BCA Lab submission-narcotics |
| | D-8 | | | | RCME property receipt 7-26-201708022017 |
| | D-9 | | | | Plaintiff's Answers to Defendants' Interrogatories |
| | D-10 | | | | CSH_6951 (JPG image) |
| | D-11 | | | | CSH_6897 (JPG image) |
| | D-12 | | | | CSH_6845 (JPG image) |
| | D-13 | | | | CSH_6846 (JPG image) |
| | D-14 | | | | CSH_6887 (JPG image) |
| | D-15 | | | | CSH_6866 (JPG image) |
| | D-16 | | | | CSH_6906 (JPG image) |
| | D-17 | | | | CSH_6911 (JPG image) |
| | D-18 | | | | CSH_6929 (JPG image) |
| | D-19 | | | | CSH_6979 (JPG image) |
| | D-20 | | | | CSH_6981 (JPG image) |
| | D-21 | | | | CSH_7112 (JPG image) |
| | D-22 | | | | CSH_7068 (JPG image) |

|  | D-23 |  |  |  | CSH_7173 (JPG image) |
|---|---|---|---|---|---|
|  | D-24 |  |  |  | CSH_7174 (JPG image) |
|  | D-25 |  |  |  | CSH_7176 (JPG image) |
|  | D-26 |  |  |  | CSH_7256 (JPG image) |
|  | D-27 |  |  |  | CSH_7245 (JPG image) |
|  | D-28 |  |  |  | CSH_7246 (JPG image) |
|  | D-29 |  |  |  | CSH_7250 (JPG image) |
|  | D-30 |  |  |  | CSH_7265 (JPG image) |
|  | D-31 |  |  |  | CSH_7286 (JPG image) |
|  | D-32 |  |  |  | CSH_7207 (JPG image) |
|  | D-33 |  |  |  | CSH_7252 (JPG image) |
|  | D-34 |  |  |  | CSH_7253 (JPG image) |
|  | D-35 |  |  |  | Donna Papsun Expert Report |
|  | D-36 |  |  |  | Steve Ijames Expert Report |
|  |  |  |  |  |  |
|  |  |  |  |  | Defendants reserve the right to call any and all witnesses and offer any and all exhibits identified by Plaintiff. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages