AO 187 (Rev. Locally 03/18) Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MINNESOTA

Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy
V.
City of Saint Paul, Mikko Norman and Nathaniel Younce, in their official and individual capacities

**WITNESS LIST**

Case Number:  20-CV-707 (DSD/ECW)

| PRESIDING JUDGE David S. Doty | PLAINTIFF'S ATTORNEY Kevin O'Connor and Paul Bosman | DEFENDANT'S ATTORNEY Anthony Edwards |
|---|---|---|
| TRIAL DATE (S) July 24, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-1 | | | | | Markeeta Johnson-Blakney, will testify regarding the facts of the subject incident |
| P-2 | | | | | Defendant Nathaniel Younce, will testify regarding the facts of the subject incident |
| P-3 | | | | | Defendant Mikko Norman, will testify regarding the facts of the subject incident |
| P-4 | | | | | Plaintiff Kim Handy-Jones, will testify regarding the facts of the subject incident and damages suffered by next of kin |
| P-5 | | | | | Jordan Wild, will testify regarding the facts of the subject incident |
| P-6 | | | | | Dao Vang, will testify regarding the facts of the subject incident |
| P-7 | | | | | Jill Mollner, will testify regarding the facts of the subject incident |
| P-8 | | | | | DeAndre Gatewood will testify regarding the facts of the subject incident |
| P-9 | | | | | Todd Axtell, will testify regarding the training and policies of the St. Paul Police Department |
| P-10 | | | | | Dr. Ronald Wright, MD, will provide expert testimony regarding matters addressed in his expert report |
| P-11 | | | | | Chuck Drago, will provide expert testimony regarding matters addressed in his expert report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages