UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-707(DSD/ECW)

Kim Diane Handy Jones, as Trustee
for the next of kin of
Cordale Quinn Handy,

        Plaintiff,

v.                              **ORDER**

City of St. Paul, Minnesota;
St. Paul Police Officer
Mikko Norman, in his individual
and official capacities;
St. Paul Police Officer
Nathaniel Younce, in his individual
and official capacities,

        Defendants.

For administrative purposes, the term of service for the jurors who sat in this matter is hereby extended until 180 days from the date of this order.

Dated: August 15, 2023

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court

SCANNED
AUG 15 2023
U.S. DISTRICT COURT MPLS