**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy,<br><br>     Plaintiff,<br>vs.<br>City of St. Paul, Minnesota; Todd Axtell, in his individual and official capacities as St. Paul Chief of Police; St. Paul Police Officer Mikko Norman, in his individual and official capacities; St. Paul Police Officer Nathaniel Younce, in his individual and official capacities; St. Paul Police Officer Jordan Wild, in his individual and official capacities,<br><br>     Defendants. | Civil File No. 20-cv-707-DSD-KMM<br><br><br>**AFFIDAVIT OF ATTORNEY KEVIN O'CONNOR AS TO COSTS** |

I, Kevin O'Connor, as a sworn officer of the court state that:

1. The attached sheet entitled Statement To Kim Handy is an accurate accounting of costs spent in this matter.

2. That the costs spent were necessary to the litigation of this matter,

3. And that the lines highlighted in yellow are included in the statement of costs while the unhighlighted lines are totaled into the line marked other.

Date: August 31, 2023                By s/Kevin O' Connor
                                     O'CONNOR LAW FIRM, LTD.
                                     ARDC: 6216627
                                     100 S. Wacker Drive, Suite 350
                                     Chicago, IL 60606
                                     P: (312) 906-7609
                                     F: (312) 263-1913
                                     firm@koconnorlaw.com