O'Connor Law Firm, Ltd.
19 S LA SALLE ST
CHICAGO, IL 60603
(312)906-7609
koconnor@koconnorlaw.com

# Statement

TO
Kim Handy

STATEMENT NO. 2935
DATE 08/30/2023
TOTAL DUE $47,760.22
ENCLOSED

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 12/31/2014 | Balance Forward | | 0.00 |
| 02/10/2021 | Invoice #11682: Printing Discovery | 34.60 | 34.60 |
| 03/19/2021 | Check #6086: INV: 122404 - Handy - Cancellation Fee for Deposition of Kim Handy Jones | 125.00 | 159.60 |
| 03/29/2021 | Check #6104: INV: 122493 - Handy - Deposition of Kim Handy Jones | 489.50 | 649.10 |
| 04/02/2021 | Invoice #11715: Docusign | 3.00 | 652.10 |
| 04/03/2021 | Expense: Fedex to Handy | 203.71 | 855.81 |
| 04/25/2021 | Invoice #11742 | 51.50 | 907.31 |
| 05/19/2021 | Expense: Traveling Costs | 178.90 | 1,086.21 |
| 05/19/2021 | Expense: Travel Meals | 20.72 | 1,106.93 |
| 05/19/2021 | Expense: Travel Costs | 39.01 | 1,145.94 |
| 05/20/2021 | Expense: Travel Meals | 39.10 | 1,185.04 |
| 05/21/2021 | Expense: Travel Meals | 14.80 | 1,199.84 |
| 05/21/2021 | Expense: Attorney Travel | 80.17 | 1,280.01 |
| 05/21/2021 | Expense: Travel Costs | 39.01 | 1,319.02 |
| 05/21/2021 | Expense: Travel Costs | 36.53 | 1,355.55 |
| 05/22/2021 | Expense: Travel Meals | 49.00 | 1,404.55 |
| 05/28/2021 | Invoice #11766: Travel to Depositions in Minneapolis | 456.96 | 1,861.51 |
| 06/01/2021 | Check #6252: INV: 122959 - Handy - Video of Deposition of Jill Mollner | 700.00 | 2,561.51 |
| 06/01/2021 | Check #6253: INV: 122957 - Handy - Deposition of Jill Mollner | 762.85 | 3,324.36 |
| 06/01/2021 | Check #6257: INV: 901364 - Handy - Video Deposition of Nathaniel Younce | 1,130.00 | 4,454.36 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 8,943.66 | 1,645.16 | 0.00 | 37,171.40 | $47,760.22 |

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 06/01/2021 | Check #6258: INV: 901366 - Handy - Video Deposition of Norman Mikko | 940.00 | 5,394.36 |
| 06/01/2021 | Check #6259: INV: 901367 - Handy - Video Deposition of Jordan Wild | 805.00 | 6,199.36 |
| 06/03/2021 | Check #6266: INV: 05210026 - Handy Binders | 3,158.00 | 9,357.36 |
| 06/03/2021 | Check #6270: INV: 122995 - Handy - Video Deposition of Markeeta Blakney | 825.00 | 10,182.36 |
| 06/03/2021 | Check #6270: INV: 122994 - Handy - Deposition of Markeeta Blakney | 1,028.00 | 11,210.36 |
| 06/04/2021 | Check #6276: INV: 20782 - Handy - Deposition of Nathanial Younce | 1,812.40 | 13,022.76 |
| 06/14/2021 | Check #6305: INV: 27094 - Handy - Deposition of Mikko Norman | 1,507.80 | 14,530.56 |
| 06/15/2021 | Check #6311: INV: 901396 - Handy - Video Depositions of Chief Todd Axtell and Officer Dao Vang | 985.00 | 15,515.56 |
| 06/15/2021 | Check #6315: Discovery, depositions | 0.00 | 15,515.56 |
| 06/23/2021 | Check #6345: INV: 27140 - Handy - Depositions of Chief Todd Axtell & Officer Dao Vang | 1,808.30 | 17,323.86 |
| 07/01/2021 | Expense: Southwest Airlines MINNEAPOLIS - Handy | 11.20 | 17,335.06 |
| 07/01/2021 | Expense: Southwest Airlines MINNEAPOLIS - Handy | 323.96 | 17,659.02 |
| 07/03/2021 | Expense | 165.58 | 17,824.60 |
| 07/09/2021 | Expense: Minneapolis - Handy | 75.65 | 17,900.25 |
| 07/11/2021 | Expense: Handy | 80.00 | 17,980.25 |
| 07/12/2021 | Check #6380: INV: 901427 - Handy - Deposition of Sgt. Sean Zauhar | 662.50 | 18,642.75 |
| 07/12/2021 | Check #6387: INV: 27202 - Handy - Deposition of Officer Sean Zauhar | 764.65 | 19,407.40 |
| 07/12/2021 | Expense: Minneapolis | 169.53 | 19,576.93 |
| 07/14/2021 | Check #6407: Handy - Expert Retainer | 2,500.00 | 22,076.93 |
| 07/14/2021 | Check #6409: INV: 27101 - Handy - Deposition of Jordan Wild | 1,042.10 | 23,119.03 |
| 07/29/2021 | Check: RLA Legal - Discovery, Disclosures, Experts, etc. | 0.00 | 23,119.03 |
| 08/10/2021 | Expense: Fedex to Dr. Thomas Rudd - Handy | 40.35 | 23,159.38 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 8,943.66 | 1,645.16 | 0.00 | 37,171.40 | **$47,760.22** |

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---:|---:|
| 08/13/2021 | Check #6521: INV: 901470 - Handy - Deposition of Younce, Norman, Wild, Axtell, Vang, and Zauhar | 1,537.50 | 24,696.88 |
| 09/13/2021 | Check #6612: Ronald K. Wright - Expert review and report | 2,400.00 | 27,096.88 |
| 09/13/2021 | Check #6612: Ronald K. Wright - Expert review and report | 4,750.00 | 31,846.88 |
| 11/19/2021 | Check #6779: Drago Professional consultants- Expert review and report | 3,462.50 | 35,309.38 |
| 12/21/2021 | Check #6833: Dr. Thomas Rudd - Handy - Expert Returning Materials | 16.25 | 35,325.63 |
| 06/07/2022 | Check #7146: Handy Jones - Infotrack- Docusign | 6.00 | 35,331.63 |
| 06/27/2022 | Expense | 428.70 | 35,760.33 |
| 07/08/2022 | Expense: Butcher - Handy | 106.10 | 35,866.43 |
| 07/08/2022 | Expense: Citgo - Handy - Travel | 77.51 | 35,943.94 |
| 07/09/2022 | Expense: Target - Handy | 10.55 | 35,954.49 |
| 07/09/2022 | Expense: OFFICEMAX/OFFICEDEPO - Handy | 13.60 | 35,968.09 |
| 07/09/2022 | Expense: Listo Fresh Mexican - Handy | 26.44 | 35,994.53 |
| 07/09/2022 | Expense: Henn and 10th Ramp - Handy - Travel | 24.25 | 36,018.78 |
| 07/10/2022 | Expense: Henn and 10th Ramp - Handy - Travel | 15.00 | 36,033.78 |
| 01/17/2023 | Expense: Handy - Attorney Travel | 377.80 | 36,411.58 |
| 01/19/2023 | Expense: MSP AIRP LEEANN CHIN - SAINT PAUL MN | 13.16 | 36,424.74 |
| 01/23/2023 | Expense: Handy - Attorney Travel - Delta | 241.00 | 36,665.74 |
| 01/24/2023 | Expense: Handy - Attorney Travel - Sams Club | 38.00 | 36,703.74 |
| 01/24/2023 | Expense: Handy - Attorney Travel - Uber | 28.72 | 36,732.46 |
| 01/24/2023 | Expense: Patrick McGovern's Saint Paul MN | 42.57 | 36,775.03 |
| 01/24/2023 | Expense: Handy - Intercontinental Saint Paul | 146.23 | 36,921.26 |
| 01/24/2023 | Expense: Food&Bev | 4.72 | 36,925.98 |
| 01/24/2023 | Expense: MSP AIRP HI LO DINER SAINT PAUL MN | 3.91 | 36,929.89 |
| 01/24/2023 | Expense: LOT D - Parking - Handy | 77.00 | 37,006.89 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 8,943.66 | 1,645.16 | 0.00 | 37,171.40 | **$47,760.22** |

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---:|---:|
| 01/25/2023 | Expense: Handy - Attorney Travel - Delta | 75.00 | 37,081.89 |
| 01/25/2023 | Expense: Legacy Chocolates - Saint Paul MN | 17.22 | 37,099.11 |
| 01/25/2023 | Expense: Handy - Attorney Travel - Speedway | 72.29 | 37,171.40 |
| 07/02/2023 | Expense: Handy - Attorney Travel - Delta | 377.80 | 37,549.20 |
| 07/03/2023 | Expense: Handy - Attorney Travel - Delta | 213.81 | 37,763.01 |
| 07/05/2023 | Check #8178: Handy - Attorney Travel for Pretrial in Minneapolis - American Airlines | 325.80 | 38,088.81 |
| 07/23/2023 | Expense: Food for Trial | 56.08 | 38,144.89 |
| 07/24/2023 | Expense: Handy - Attorney Travel - Delta | 30.00 | 38,174.89 |
| 07/24/2023 | Expense: Handy - Meals | 46.30 | 38,221.19 |
| 07/24/2023 | Expense: Handy - Parking | 6.00 | 38,227.19 |
| 07/24/2023 | Expense: Handy - Food&Bev | 14.28 | 38,241.47 |
| 07/25/2023 | Expense: Handy - Parking | 12.00 | 38,253.47 |
| 07/25/2023 | Expense: Handy - Food&Bev | 5.61 | 38,259.08 |
| 07/25/2023 | Expense: Handy - Expert | 84.34 | 38,343.42 |
| 07/27/2023 | Expense: Handy - Meal | 12.99 | 38,356.41 |
| 07/27/2023 | Expense: Handy - Meeting Meal | 136.84 | 38,493.25 |
| 07/27/2023 | Expense: Handy - Meeting Meal | 7.36 | 38,500.61 |
| 07/27/2023 | Expense: Handy - Parking | 8.25 | 38,508.86 |
| 07/28/2023 | Expense: Handy - Parking | 25.93 | 38,534.79 |
| 07/28/2023 | Expense: Handy - Meeting Meal | 122.23 | 38,657.02 |
| 07/29/2023 | Expense: Handy - Parking | 56.00 | 38,713.02 |
| 07/29/2023 | Expense: Handy - Meals | 29.90 | 38,742.92 |
| 07/30/2023 | Expense: Handy - Parking | 12.00 | 38,754.92 |
| 07/30/2023 | Expense: Handy - Parking | 6.00 | 38,760.92 |
| 07/30/2023 | Expense: Handy - Attorney Travel - Gas | 55.64 | 38,816.56 |
| 07/31/2023 | Expense: Handy - Meals | 93.97 | 38,910.53 |
| 07/31/2023 | Expense: Handy - Attorney Travel - Hotel | 169.12 | 39,079.65 |
| 07/31/2023 | Expense: Handy - Meeting Meal | 10.55 | 39,090.20 |
| 08/01/2023 | Expense: Handy - Parking | 12.96 | 39,103.16 |
| 08/01/2023 | Expense: Handy - Meals | 18.60 | 39,121.76 |
| 08/01/2023 | Expense: Handy - Meals | 47.78 | 39,169.54 |
| 08/02/2023 | Expense: Handy - Attorney Travel - Delta | 30.00 | 39,199.54 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 8,943.66 | 1,645.16 | 0.00 | 37,171.40 | $47,760.22 |

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---:|---:|
| 01/25/2023 | Expense: Handy - Attorney Travel - Delta | 75.00 | 37,081.89 |
| 01/25/2023 | Expense: Legacy Chocolates - Saint Paul MN | 17.22 | 37,099.11 |
| 01/25/2023 | Expense: Handy - Attorney Travel - Speedway | 72.29 | 37,171.40 |
| 07/02/2023 | Expense: Handy - Attorney Travel - Delta | 377.80 | 37,549.20 |
| 07/03/2023 | Expense: Handy - Attorney Travel - Delta | 213.81 | 37,763.01 |
| 07/05/2023 | Check #8178: Handy - Attorney Travel for Pretrial in Minneapolis - American Airlines | 325.80 | 38,088.81 |
| 07/23/2023 | Expense: Food for Trial | 56.08 | 38,144.89 |
| 07/24/2023 | Expense: Handy - Attorney Travel - Delta | 30.00 | 38,174.89 |
| 07/24/2023 | Expense: Handy - Meals | 46.30 | 38,221.19 |
| 07/24/2023 | Expense: Handy - Parking | 6.00 | 38,227.19 |
| 07/24/2023 | Expense: Handy - Food&Bev | 14.28 | 38,241.47 |
| 07/25/2023 | Expense: Handy - Parking | 12.00 | 38,253.47 |
| 07/25/2023 | Expense: Handy - Food&Bev | 5.61 | 38,259.08 |
| 07/25/2023 | Expense: Handy - Expert | 84.34 | 38,343.42 |
| 07/27/2023 | Expense: Handy - Meal | 12.99 | 38,356.41 |
| 07/27/2023 | Expense: Handy - Meeting Meal | 136.84 | 38,493.25 |
| 07/27/2023 | Expense: Handy - Meeting Meal | 7.36 | 38,500.61 |
| 07/27/2023 | Expense: Handy - Parking | 8.25 | 38,508.86 |
| 07/28/2023 | Expense: Handy - Parking | 25.93 | 38,534.79 |
| 07/28/2023 | Expense: Handy - Meeting Meal | 122.23 | 38,657.02 |
| 07/29/2023 | Expense: Handy - Parking | 56.00 | 38,713.02 |
| 07/29/2023 | Expense: Handy - Meals | 29.90 | 38,742.92 |
| 07/30/2023 | Expense: Handy - Parking | 12.00 | 38,754.92 |
| 07/30/2023 | Expense: Handy - Parking | 6.00 | 38,760.92 |
| 07/30/2023 | Expense: Handy - Attorney Travel - Gas | 55.64 | 38,816.56 |
| 07/31/2023 | Expense: Handy - Meals | 93.97 | 38,910.53 |
| 07/31/2023 | Expense: Handy - Attorney Travel - Hotel | 169.12 | 39,079.65 |
| 07/31/2023 | Expense: Handy - Meeting Meal | 10.55 | 39,090.20 |
| 08/01/2023 | Expense: Handy - Parking | 12.96 | 39,103.16 |
| 08/01/2023 | Expense: Handy - Meals | 18.60 | 39,121.76 |
| 08/01/2023 | Expense: Handy - Meals | 47.78 | 39,169.54 |
| 08/02/2023 | Expense: Handy - Attorney Travel - Delta | 30.00 | 39,199.54 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 8,943.66 | 1,645.16 | 0.00 | 37,171.40 | $47,760.22 |

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 08/02/2023 | Expense: Handy - Attorney Travel - Delta | 75.00 | 39,274.54 |
| 08/02/2023 | Expense: Handy - Travel | 30.79 | 39,305.33 |
| 08/02/2023 | Expense: Handy - Hotel | 1,739.30 | 41,044.63 |
| 08/02/2023 | Expense: Handy - Parking | 28.09 | 41,072.72 |
| 08/17/2023 | Check #8324: Handy - Trial Testimony and Travel - Drago Professional Consultants | 6,687.50 | 47,760.22 |

*[Handwritten: Testimony Dr Ronald Wright   $500]*

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 8,943.66 | 1,645.16 | 0.00 | 37,171.40 | $47,760.22 |