UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy,<br><br>   Plaintiff,<br>vs.<br>City of St. Paul, Minnesota; Todd Axtell, in his individual and official capacities as St. Paul Chief of Police; St. Paul Police Officer Mikko Norman, in his individual and official capacities; St. Paul Police Officer Nathaniel Younce, in his individual and official capacities; St. Paul Police Officer Jordan Wild, in his individual and official capacities,<br><br>   Defendants. | Civil File No. 20-cv-707-DSD-KMM<br><br><br>**AFFIDAVIT OF ATTORNEY PAUL BOSMAN AS TO COSTS** |

I, Paul J. Bosman, as a sworn officer of the court state that:

1. The attached sheet entitled Communities United Against Police Brutality, Stolen Lives Justice Fund/Litigation Fund Case Costs, Handy Case is an accurate accounting of costs spent in this matter.

2. That the costs spent were necessary to the litigation of this matter,

3. And that the lines highlighted in yellow are included in the statement of costs while the unhighlighte lines are totaled into the line marked other.

Date: August 31, 2023        By s/Paul J. Bosman_____
                             Paul J. Bosman, #0388865
                             2136 Ford Parkway, #5328
                             Saint Paul, MN 55116
                             Tel: (651) 485-7046
                             paulbosman@cuapb.org