**Communities United Against Police Brutality**
**Stolen Lives Justice Fund/Litigation Fund Case Costs**
**Handy Case**

| Date | Type | Num | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|
| 1/8/2020 | Check | | Ramsey County Court | Copy of Kim Handy Jones trustee document | Legal Costs:Court Costs | 8 |
| 1/9/2020 | Check | | St Paul Parking Meter | Parking to pick up Handy document | Parking | 9 |
| 2/21/2020 | Check | 2819 | Dakota County Sheriff's Office | Process service in Handy lawsuit | Legal Costs:Process Service | 140 |
| 2/21/2020 | Check | 2818 | Ramsey County Sheriff's Office | Process service in Handy lawsuit | Legal Costs:Process Service | 70 |
| 2/26/2020 | Check | | MN Efile | Handy case filing fee | Legal Costs:Filing Fees | 300 |
| 2/8/2021 | Expenditure | | Federal Clerk of Court | Cordale Handy Pro Hack Vice fee | Legal Costs:Court Costs | 100 |
| | | | | | | 627 |