UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy, <br><br> Plaintiff, <br> vs. <br> City of St. Paul, Minnesota; Todd Axtell, in his individual and official capacities as St. Paul Chief of Police; St. Paul Police Officer Mikko Norman, in his individual and official capacities; St. Paul Police Officer Nathaniel Younce, in his individual and official capacities; St. Paul Police Officer Jordan Wild, in his individual and official capacities, <br><br> Defendants. | Civil File No. 20-cv-707-DSD-KMM <br><br><br><br> **PLAINIFF'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND PREJUDGMENT INTEREST** |

Plaintiff hereby moves the Court for an Order granting judgement for the Plaintiff to include $10,000,000 in compensatory damages and $1,500,000 in punitive damages as found by the jury, but also, attorney's fees in the amount of $3,493,675, necessary costs in the amount, $49,387.22, and pre-verdict interest in the amount, $3,191,308 based upon the pleadings and filings herein.

Date: August 31, 2023　　　　　　　　By s/Paul J. Bosman
　　　　　　　　　　　　　　　　　　Paul J. Bosman, #0388865
　　　　　　　　　　　　　　　　　　2136 Ford Parkway, #5328
　　　　　　　　　　　　　　　　　　Saint Paul, MN 55116
　　　　　　　　　　　　　　　　　　Tel: (651) 485-7046
　　　　　　　　　　　　　　　　　　paulbosman@cuapb.org