# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy<br><br>                        Plaintiff(s),<br><br>v.<br><br>City of St. Paul, Minnesota, Todd Axtell, in his individual and official capacities as St. Paul Chief of Police, Mikko Norman, St. Paul Police Officer, in his individual and official capacities, Nathaniel Younce, St. Paul Police Officer, in his individual and official capacities, Jordan Wild, St. Paul Police Officer, in his individual and official capacities<br><br>                        Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 20-cv-707 DSD/ECW |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in favor of Plaintiff and against Defendants in the amount of Eleven Million and 500 Hundred Thousand Dollars ($11,500,000.00).

| | |
|---|---|
| Date: 9/11/2023 | KATE M. FOGARTY, CLERK |

s/ David S. Doty
_____
David S. Doty, Judge
United States District Court