# UNITED STATES DISTRICT COURT
## District of Minnesota

Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy

**AMENDED JUDGMENT IN A CIVIL CASE (regarding defendants)**

Plaintiff(s),

v.

Case Number: 20-cv-707 DSD/ECW

City of St. Paul, Minnesota; Nathaniel Younce, St. Paul Police Officer, in his individual and official capacities,

Defendant(s).

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in favor of Plaintiff and against Defendants City of St. Paul, Minnesota; Nathaniel Younce, St. Paul Police Officer, in his individual and official capacities in the amount of Eleven Million and 500 Hundred Thousand Dollars ($11,500,000.00).

Date: 11/14/2023

KATE M. FOGARTY, CLERK

s/David S. Doty
David S. Doty, Judge
United States District Court