UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 20-CV-707 (JRT/ECW)

Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy,

    Plaintiff,

vs.

City of St. Paul, Minnesota; St. Paul Police Officer Mikko Norman, in his individual and official capacities; St. Paul Police Officer Nathaniel Younce, in his individual and official capacities,

Defendants.

**PLAINTIFF'S PROPOSED STATEMENT OF THE CASE**

    A jury in this case has already decided the issue of liability or fault.  That jury found that Saint Paul Police Officer Nathaniel Younce violated the Constitutional rights of Cordale Handy and caused his wrongful death when he fired his handgun at Mr. Handy and killed him.   The jury found that the deadly force used was not necessary to prevent a significant threat of death or

serious physical harm to the officer or to others, and that deadly force was excessive force in this case.

The previous jury also found that Officer Younce willfully and maliciously used excessive force in causing his death.  Willfully means that Officer Younce knew or had reason to know that his actions were illegal and he intentionally did it anyway.  Maliciously meant to intentionally injure Mr. Handy without just cause.

The jury determined that Mr. Handy was on the ground in response to police commands, unarmed, with his hands in the air at the time he was shot.  Mr. Handy was shot seven times.

The task of this jury is to determine what money damages or compensation should be awarded (called pecuniary damages) to Cordale Handy's mother, sister and two brothers to pay for the wrongful death and constitutional rights violation of Mr. Handy. Additionally, this jury must decide what amount of compensation Mr. Handy would deserve for the pain and terror he suffered between the time he was first shot until his death.

Date: September 13, 2024

By /s/ Paul J. Bosman
Paul J. Bosman, #0388865
2136 Ford Parkway, #5328
Saint Paul, MN 55116
paulbosman@cuapb.org
Tel: (651) 485-7046

O'CONNOR LAW FIRM, LTD.
Kevin W. O'Connor, #6322394
100 S. Wacker Dr., Suite 350
Chicago, IL 60606
firm@koconnorlaw.com
Tel:  (312) 906-7609
Fax:  (312) 263-1913

u¾τ τ¾⊭Ṅ┘⏀ Ṅ⊭¾⋖A—┴ك□□□□□
x  Ő⋖⦅ [ [ f9 E⋖⦅ [ ⋕EÄÄE±c ⋖┘⏀ c f±E⋖⦆9⏌
212 Madison Avenue, Suite 200
Mankato MN  56001

507/345-8811
kenwhite@kennethwhitelaw.com


Attorney for Plaintiff