AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF __MINNESOTA__

| | |
|---|---|
| Kim Diane Handy Jones, as Trustee for the next of kin of Cordale Quinn Handy<br><br>V.<br><br>City of Saint Paul, Mikko Norman and Nathaniel Younce, in their official and individual capacities | **EXHIBIT LIST**<br><br>Case Number:  20-CV-707 (JRT/ECW) |

| PRESIDING JUDGE<br>John R. Tunheim | PLAINTIFF'S ATTORNEY<br>Kevin W. O'Connor & Paul Bosman | DEFENDANT'S ATTORNEY<br>Anthony Edwards |
|---|---|---|
| TRIAL DATE (S)<br>January 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P-1 | | | | | Photos of Cordale Quinn Handy [GROUP] |
| P-2 | | | | | Photo—CSH_6866- Cordale body |
| P-3 | | | | | Death Certificate and Burial Information |
| P-4 | | | | | Curriculum Vitae of Expert Witness, Ronald K. Wright, M.D., J.D. |
| P-5 | | | | | Report by Expert Witness Ronald K. Wright, M.D., J.D. |
| P-6 | | | | | Autopsy Report |
| P-7 | | | | | Autopsy Photos [GROUP] |
| P-8 | | | | | Life Tables 2023 |
| P-9 | | | | | Cordale Handy Memorial and Funeral Information |
| P-10 | | | | | Photo of Memorial Sites |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages