UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RECEIVED
JAN 13 2025
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

KIM DIANE HANDY JONES, *as Trustee for the next of kin of Cordale Quinn Handy*,

Plaintiff,

v.

CITY OF ST. PAUL, MINNESOTA and
NATHANIEL YOUNCE, *St. Paul Police Officer*,

Defendants.

Civil No. 20-707 (JRT/ECW)

**SPECIAL VERDICT**

We, the Jury in this case, make these answers to the following questions:

**Damages**

**(Instruction #14)**

**QUESTION 1:** What amount of money will fairly and adequately compensate Cordale Handy's next of kin for their injuries, damages, and harm from the time of death until the time of trial (past damages)?

**ANSWER 1:** $1,000,000



**QUESTION 2:** What amount of money will fairly and adequately compensate Cordale Handy's next of kin for their injuries, damages, and harm from the time of trial into the future (future damages)?

**ANSWER 2:**     $ 2,250,000

YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM BELOW.

SIGNATURE REDACTED           1/13/2025
FOREPERSON'S SIGNATURE              DATE

SIGNATURE REDACTED